IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STANLEY OHLER, SR.,                )
                                    )
Plaintiff,                          )
                                    )
v.                                  )    Civil Action No. 10-771
                                    )    Judge Nora Barry Fischer/
                                    )    Magistrate Judge Cynthia Reed Eddy
COUNTY OF FAYETTE, et al.,          )
                                    )
Defendants.                         )

ORDER

AND NOW, this 9th day of December 2011, the Plaintiff having been granted in forma pauperis status, the Complaint in this action [ECF No. 3] was filed on June 9, 2010. On February 1, 2011, the Magistrate Judge filed a Report and Recommendation [ECF No. 56] respectfully recommending that the Defendants' Motions to Dismiss [ECF Nos. 21, 51] be granted in part and granted without prejudice in part. This Report and Recommendation was adopted by the District Court in an Order dated March 24, 2011 [ECF No. 62]. On April 18, 2011, the Plaintiff filed an Amended Complaint [ECF No. 65]. In response, the Defendants filed a Motion to Dismiss [ECF No. 67]. In a Report and Recommendation [ECF No. 82] dated November 4, 2011, the Magistrate Judge recommended that the Motion to Dismiss be granted. Timely Objections were filed by the Plaintiff [ECF No. 86]. The Magistrate Judge has reviewed these Objections and found them to be without merit.

Upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation [ECF No. 82] which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Defendants' Motion to Dismiss the Amended Complaint [ECF No. 67] is GRANTED in its entirety, and all claims against Defendant, Ms. Ohler, are dismissed with prejudice pursuant to the terms of the PLRA.

The Clerk is directed to mark this case closed.

*Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

cc: Counsel of Record via CM-ECF

Stanley Ohler
HR-0655
SCI-Mahoney
301 Morea Road
Frackville, PA 17932